Opinion PER CURIAM.

---

# Smith v. Smith.

APPEAL from Birmingham City Court, in Equity.

Heard before the Hon. W. W. WILKERSON.

WALKER, PORTER & WALKER, for appellant.

J. G. CREWS and JOHN VARY, for appellee.

Martha A. Smith, appellee, filed a bill on the chancery side of the city court of Birmingham, making appellants defendants, in which she sought to have certain deeds made by her husband, Henry G. Smith to T. H. Smith, and by said Henry G. Smith to T. H. Smith and H. M. Courtney, and the deed by said T. H. Smith and H. M. Courtney to appellant, Aaron Smith, set aside, cancelled and held for naught; and the title to the lands set out in said deeds, which was owned by her husband, said Henry G. Smith, revested in the estate of said Henry G. Smith, subject to her claim as widow to homestead and dower. She also alleges in her bill that while her name was signed to these deeds made by her husband, H. G. Smith, she believed that she was only making one deed, and that was the one to T. H. Smith for forty acres. She also alleges that said Henry G. Smith was not of sound mind and not capable of attending to busi-

ness or of making contracts, and was not of sufficient mental capacity to execute the said deeds when they were executed, as she alleges, on the 12th day of June, 1883. She further alleges that she was in possession of said land at the time of filing her bill.

On the final submission of the cause on the pleadings and proof, the chancellor decreed that the complainant was entitled to the relief prayed for and ordered accordingly.

The decree of the chancellor is affirmed.

Opinion by HARALSON, J.